UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THROUGHPUTER, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>     Defendant. | Case No. 1:22-CV-01095-RP<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION
OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER**

Plaintiff ThroughPuter, Inc. and Defendant Amazon Web Services, Inc. respectfully move the Court for an extension of time to submit a proposed scheduling order. The current deadline for the Parties to submit a proposed scheduling order is January 9, 2023. The Parties are seeking a two-week extension, up to and including January 23, 2023. Good cause exists, as the Parties need additional time to meet and confer pursuant to Rule 26(f) prior to submitting a proposed scheduling order. The Parties have met and conferred, and agreed on the extension.

In view of the foregoing, the Parties respectfully request that the Court grant this joint motion and extend the deadline to submit a proposed scheduling order up to and including January 23, 2023.

1

Dated: January 9, 2023                                     Respectfully Submitted,


                                                                                */s/ W. Cook Alciati*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, L.L.P**.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

W. Cook Alciati (*pro hac vice*)
**GARDELLA GRACE, P.A.**
80 M Street SE, 1st Floor
Washington D.C. 20003
Telephone: (703) 721-8379
calciati@gardellagrace.com

Michael Dorman (*pro hac vice*)
**GARDELLA GRACE, P.A.**
2502 North Clark Street, Suite 222
Chicago, Illinois 60614
Telephone: (773) 755-4942
mdorfman@gardellagrace.com

***Attorneys for Plaintiff ThroughPuter, Inc.***


Dated: January 9, 2023                                     Respectfully Submitted,


         */s/ Jessica M. Kaempf*
J. David Hadden, CSB No. 176148
Email:  dhadden@fenwick.com
(Admitted W.D. Tex.)
Saina S. Shamilov, CSB No. 215636
Email:  sshamilov@fenwick.com
(Admitted W.D. Tex.)
Ravi R. Ranganath, CSB No. 272981
Email:  rranganath@fenwick.com
(Admitted W.D. Tex.)
Johnson K. Kuncheria, TX Bar No.

2

24070092
(Admitted W.D. Tex.)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Jessica M. Kaempf (WSBN 51666)
(Admitted W.D. Tex.)
Email:jkaempf@fenwick.com
FENWICK & WEST LLP
1191 2nd Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

Attorneys for Defendant AMAZON WEB SERVICES, INC.

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on January 9, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                                                            */s/ W. Cook Alciati*