# EXHIBIT A

Exhibit A

| Event | Deadline |
|---|---|
| Magistrate Judge Notice | January 30, 2023 |
| ThroughPuter's Response to Motion to Dismiss | January 26, 2023 |
| Amazon's Reply in support of Motion to Dismiss | February 9, 2023 |
| Rule 26(a)(1) Initial Disclosures | February 28, 2023 |
| Exchange of Claim Terms for Construction | June 1, 2023 |
| Exchange of Proposed Constructions | June 22, 2023 |
| Extrinsic Evidence Disclosure | June 29, 2023 |
| Deadline to Meet and Confer and Exchange Revised Lists of Terms and Proposed Constructions | July 7, 2023 |
| Defendant's Opening Claim Construction Brief | July 20, 2023 |
| Deadline to Amend Pleadings and Join Parties | July 30, 2023 |
| Plaintiff's Responsive Claim Construction Brief | August 10, 2023 |
| Defendant's Reply Claim Construction Brief | August 24, 2023 |
| Plaintiff's Sur-Reply Claim Construction Brief | September 7, 2023 |
| Claim Construction Hearing | October ___, 2023 |
| Close of Fact Discovery | December 7, 2023 |
| Opening Expert Reports | January 18, 2024 |
| Rebuttals Expert Reports | February 22, 2024 |
| Local Rule CV-88 ADR Report | March 1, 2024 |
| Written Offers of Settlement | March 8, 2024 |
| Written Responses to Offers of Settlement | March 15, 2024 |
| Close of Expert Discovery | March 22, 2024 |

| | |
|---|---|
| Dispositive and Daubert Motions | April 11, 2024 |
| Pretrial Disclosures | May 16, 2024 |
| Objections to Pretrial Disclosures and Rebuttal Disclosures | June 6, 2024 |
| Objections to Rebuttal Disclosures | June 20, 2024 |
| Deadline to File Pretrial Disclosures, Rebuttal Disclosures, and Objections | June 27, 2024 |
| Deadline to File Motions *in limine* | June 27, 2024 |
| Oppositions to Motions *in limine* | July 11, 2024 |
| Final Pretrial Conference | TBD |
| Trial | TBD |